O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-291-CAS |
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| SHERWOOD ALVIN LYLES, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 9, 2011, June 16, 2011, September 6, 2011, and April 9, 2012, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on June 8, 2011 and September 6, 2011. Government counsel, Benjamin Barron, the defendant and his appointed attorney, Deputy Federal Public Defender, Steven Demik, were present. The U.S. Probation Officer, Eddie Lawrence, was also present.

The defendant was questioned by the Court and advised of his Constitutional Rights. Defendant denied allegations 1, 2, and 3 as contained in the Petitions on Probation and Supervised Release filed on June 8, 2011 and September 6, 2011. On June 16, 2011 and September 6, 2011, evidentiary hearings were held.

The Court finds that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of July 28, 1997.

///

///

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release shall continue under the same terms and conditions originally imposed, with the following added conditions of supervision:

- Defendant shall reside at and participate in a Residential Reenty Center (RRC) program under the community correctional component as approved by the Probation Officer, and shall observe the rules of that facility, for a period not to exceed 180 days or until discharged by the program director. Additionally, it is recommended that the subsistence fee be waived.
- When not employed at least part-time and/or enrolled in an educational or vocational program on a full-time basis, the offender shall perform 25 hours of community service per week as directed by the Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: April 19, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2